**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO. 5:03cr47/MCR/AK

MICHAEL J. HARRINGTON,

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 24, 2007. The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a <u>de novo</u> determination of any portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation, Doc. 144, is adopted and incorporated by reference in this order.

    2. This motion to vacate, Doc. 135, is hereby **DENIED**.

    DONE AND ORDERED this 1st day of October, 2007.


                            *s/ M. Casey Rodgers*
                            **M. CASEY RODGERS
                            UNITED STATES DISTRICT JUDGE**